1  DARREN J. LEMIEUX, BAR NO. 9615
   LUCY CROW, Nevada Bar No. 15203
2  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Parkway, Suite 600
3  Las Vegas, Nevada 89169
   Tel:    702.949.8200
4  Fax:    702.949.8398
   Email: dlemieux@lewisroca.com
5          lcrow@lewisroca.com

6  *Attorneys for Defendant JC Steele & Sons, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KMI ZEOLITE, INC., a Nevada corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>J.C. STEELE & SONS, INC., a North Carolina corporation; DOES, I-X, ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　　Defendant. | Case No. 2:24-cv-01215-RFB-EJY<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

　　　　Pursuant to LR IA 6-1, Plaintiff KMI Zeolite, Inc. ("KMI") and Defendant J.C. Steele & Sons, Inc. ("J.C. Steele"), hereby stipulate and agree as follows:

　　　　1.　　On July 8, 2024, KMI filed its Complaint against J.C. Steele. ECF No. 1. On or about July 11, 2024, KMI served the Summons and Complaint upon J.C. Steele, rendering J.C. Steele's response deadline August 1, 2024.

　　　　2.　　KMI and J.C. Steele agree that J.C. Steele shall have up to and including August 29, 2024, to respond to the Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

125557763.1

3. This is the first request to extend the deadline to respond to the Complaint, and it is made prior to the expiration of the statutory response deadlines on August 1, 2024. This request is made to provide J.C. Steele with sufficient time to review the Complaint and respond to the allegations therein.

DATED this 25th day of July, 2024.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Darren J. Lemieux*
Darren J. Lemieux, Bar No. 9615
Lucy C. Crow, Bar No. 15203
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for Defendant JC Steele & Sons, Inc.*

DATED this 25th day of July, 2024.

HANKS LAW GROUP

By: */s/ Karen L. Hanks*
Karen L. Hanks, Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorney for Plaintiff KMI Zeolite, Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Date: July 25, 2024

125557763.1

-2-