**SAO**
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for KMI Zeolite, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KMI ZEOLITE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>J.C. STEELE & SONS, INC.; DOES I through X; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01215-RBF-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE AND REPLY**<br><br>**(First Request)** |

  KMI Zeolite, Inc. and J.C. Steele & Sons, Inc., by and through their respective counsel of record, hereby stipulate and agree as follows:

  1. J.C. Steele filed its Motion to Dismiss Complaint for Lack of Personal Jurisdiction, and, in the Alternative, Motion to Transfer Venue on August 29, 2024. (ECF 8.)

  2. KMI's response is currently due September 12, 2024. The parties hereby stipulate and agree KMI shall have until September 20, 2024 to file its response to the motion. KMI requests the extension because KMI expected to touch base with counsel to discuss its response, but one client contact is sick and the other client contact is traveling.

  3. The parties further stipulate and agree that J.C. Steele & Sons, Inc.'s shall have until October 4, 2024, to file its reply to KMI's response. J.C. Steele & Sons, Inc. requests this extension of one-week due to its counsel's scheduling conflicts the week of September 23, 2024.

/ / /

- 1 -

4. The extensions are not requested to delay this matter or prejudice any party.

| | |
|---|---|
| **LEWIS ROCA ROTHGERBER CHRISTIE LLP** | **HANKS LAW GROUP** |
| */s/ Darren J. Lemieux* | */s/ Karen L. Hanks* |
| DARREN J. LEMIEUX, ESQ. | KAREN L. HANKS, ESQ. |
| Nevada Bar No. 9615 | Nevada Bar No. 9578 |
| LUCY CROW, ESQ. | 7625 Dean Martin Drive, Suite 110 |
| Nevada Bar No. 15203 | Las Vegas, Nevada 89139 |
| 3993 Howard Hughes Parkway, Suite 600 | |
| Las Vegas, Nevada 89169 | *Attorneys for KMI Zeolite, Inc.* |
| *Attorneys for J.C. Steele & Sons, Inc.* | |

### ORDER

Based upon the stipulation of the parties, and good cause appearing:

**IT IS HEREBY ORDERED** KMI's response to the Motion to Dismiss Complaint for Lack of Personal Jurisdiction, and, in the Alternative, Motion to Transfer Venue shall be September 20, 2024, and J.C. Steele & Sons, Inc.'s reply shall be due October 4, 2024.

DATED: September 12, 2024.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE