**SAO**
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for KMI Zeolite, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KMI ZEOLITE, INC., | Case No. 2:24-cv-01215-RBF-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE** |
| J.C. STEELE & SONS, INC.; DOES I through X; ROE BUSINESS ENTITIES I through X, inclusive, | **(First Request)** |
| Defendants. | |

KMI Zeolite, Inc. and J.C. Steele & Sons, Inc., by and through their respective counsel of record, hereby stipulate and agree as follows:

1. J.C. Steele filed its Motion to Stay Discovery Pending Resolution of Motion to Dismiss October 17, 2024. (ECF 16.)

2. KMI's response is currently due October 31, 2024. KMI's counsel, however, has been working on an appellate brief for the month of October, which has interfered with her ability to prepare the response.

3. KMI's counsel also has motions in limine due November 1 in another matter, and a response to motion for summary judgment due in another matter on November 6. As such, KMI is requesting until November 8 to file the instant response.

4. Counsel for J.C. Steele & Sons, Inc., takes no position with respect to the representations in paragraphs 2-3, but has no objection to the request for an extension and,

- 1 -

126536111.1

therefore, the parties hereby stipulate and agree that KMI shall have until November 8, 2024 to file its response to the motion.

    5.    The extension is not requested to delay this matter or prejudice any party.

| **LEWIS ROCA ROTHGERBER CHRISTIE LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Darren J. Lemieux*<br>DARREN J. LEMIEUX, ESQ.<br>Nevada Bar No. 9615<br>LUCY CROW, ESQ.<br>Nevada Bar No. 15203<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br><br>*Attorneys for J.C. Steele & Sons, Inc.* | */s/ Karen L. Hanks*<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for KMI Zeolite, Inc.* |

## ORDER

Based upon the stipulation of the parties, and good cause appearing:

**IT IS HEREBY ORDERED** that KMI shall have until November 8, 2024 to file it's response to the Motion to Stay Discovery Pending Resolution of Motion to Dismiss.

_____
U.S. MAGISTRATE JUDGE

Date: November 1, 2024

- 2 -

126536111.1