**SAO**
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for KMI Zeolite, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KMI ZEOLITE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>J.C. STEELE & SONS, INC.; DOES I through X; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01215-RBF-EJY<br><br>**STIPULATION AND ORDER TO RESCHEDULE HEARING ON MOTION TO DISMISS**<br><br>**(First Request)** |

KMI Zeolite, Inc. and J.C. Steele & Sons, Inc., by and through their respective counsel of record, hereby stipulate and agree as follows:

1. J.C. Steele filed its Motion to Dismiss Complaint for Lack of Personal Jurisdiction, and, in the Alternative, Motion to Transfer Venue on August 29, 2024. (ECF 8.)

2. The Court set the hearing on the motion for November 25, 2024 at 10 a.m.

3. KMI"s counsel, however, will be out of the jurisdiction beginning November 24, 2024 and will not return until November 30, 2024.

4. As a result, the parties agree to re-schedule the hearing and offer the following dates in order of preference, with the strongest preference being either of the November dates: November 20, 2024, November 22, 2024, December 2, 2024, December 3, 2024, December 4, 2024, December 5, 2024, or December 6, 2024.

/ / /

- 1 -

5. This request is not made to delay this matter or prejudice any party.

| | |
|---|---|
| **LEWIS ROCA ROTHGERBER CHRISTIE LLP** | **HANKS LAW GROUP** |
| */s/ Darren J. Lemieux* | */s/ Karen L. Hanks* |
| DARREN J. LEMIEUX, ESQ.<br>Nevada Bar No. 9615<br>LUCY CROW, ESQ.<br>Nevada Bar No. 15203<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169 | KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139 |
| *Attorneys for J.C. Steele & Sons, Inc.* | *Attorneys for KMI Zeolite, Inc.* |

## ORDER

Based upon the stipulation of the parties, and good cause appearing:

**IT IS HEREBY ORDERED** that the hearing on the pending Motions is reset to November 22, 2024 at 1:00 p.m.

Dated this 8th day of November, 2024

_____
U.S. DISTRICT COURT JUDGE