DARREN J. LEMIEUX, Nevada Bar No. 9615
LUCY CROW, Nevada Bar No. 15203
MICHAEL MONTECALVO (Admitted *Pro Hac Vice*)
AARON J. HORNER (Admitted *Pro Hac Vice*)
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: 702.949.8200
Fax: 702.949.8398
Email: Darren.Lemieux@wbd-us.com
       Lucy.Crow@wbd-us.com
       Michael.Montecalvo@wbd-us.com
       AJ.Horner@wbd-us.com

*Attorneys for Defendant and Counterclaim-Plaintiff
J.C. Steele & Sons, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KMI ZEOLITE, INC., a Nevada corporation,<br><br>　　　　Plaintiff / Counterclaim-Defendant,<br><br>v.<br><br>J.C. STEELE & SONS, INC., a North Carolina corporation; DOES, I-X, ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　Defendant / Counterclaim-Plaintiff. | Case No. 2:24-cv-01215-RFB-EJY<br><br>**STIPULATION TO EXTEND THE CLOSE OF DISCOVERY FOR THE LIMITED PURPOSE OF DEPOSING PLAINTIFF'S EXPERT WITNESS STAN SMITH**<br><br>**(THIRD REQUEST)** |

Pursuant to LR 26-3, Defendant J.C. Steele & Sons, Inc. ("J.C. Steele"), by and through undersigned counsel, and Plaintiff KMI Zeolite, Inc. ("KMI") hereby state as follows:

KMI filed the instant lawsuit on July 4, 2024. *See* ECF No. 1. After filing a motion to dismiss, J.C. Steele answered on December 6, 2024. *See* ECF Nos. 8, 28. The parties filed an Amended Stipulated Discovery Plan and Scheduling Order on December 3, 2025 (ECF No. 24), which the Court adopted (ECF No. 25). Discovery closed on July 11, 2025. *See* ECF No. 48.

**I.　DISCOVERY COMPLETED**

The following discovery has been completed in this matter:

　　　a.　Each party has served disclosures and supplements pursuant to FRCP 26.

　　　b.　On December 20, 2024, J.C. Steele served Requests for Admission, Requests

4901-5880-7893.1

for Production, and Interrogatories, to which KMI responded on February 4, 2025.

   c. On February 17, 2025, KMI served Requests for Production, to which J.C. Steele responded on April 14, 2025.

   d. On April 8, J.C. Steele served its Second Set of Requests for Production, to which J.C. Steele responded on May 8, 2025.

   e. On April 21, 2025, KMI disclosed two experts.

   f. On May 7, 2025, KMI served its Second Set of Requests for Production, to which J.C. Steele responded on June 6, 2025.

   g. On May 7, 2025, KMI served its Interrogatories, to which J.C. Steele responded on June 6, 2025.

   h. On May 14, 2025, KMI served its Second Set of Interrogatories to which J.C. Steele's responses are due June 13, 2025.

   i. On May 14, 2025, KMI served its Third Requests for Production of Documents, to which J.C. Steele's responses are due June 13, 2025.

   j. On June 13, 2025, J.C. Steele responded to KMI's May 14, 2025 written discovery.

   k. J.C. Steele has taken the deposition of three individuals and the deposition of one of KMI's expert witnesses.

   l. KMI has taken the deposition of four witnesses.

   m. J.C. Steele has disclosed its rebuttal expert witnesses.

**II. DISCOVERY REMAINING**

   a. J.C. Steele intends to depose KMI's designated damages expert, Stan Smith.

   b. J.C. Steele intends to depose a Rule 30(b)(6) designee for KMI and provided KMI with topics on May 29, 2025. The parties have met and conferred regarding the topics, and KMI has stated it intends to seek a protective order. If the court denies that requested relief, discovery may need to be reopened for the limited purpose of allowing J.C. Steele to depose KMI's designee.

## III. REASONS WHY DISCOVERY WAS NOT COMPLETED WITHIN TIME LIMITS SET BY DISCOVERY PLAN

Dr. Smith's deposition was initially scheduled for Wednesday, June 25, 2025, before the close of discovery. On Friday, June 20, 2025, in a separate matter where J.C. Steele's counsel is also counsel, the Court set an emergency hearing for Monday, June 30, 2025, on multiple briefs and shortened the time to complete briefing. Given the scope of the issues to be addressed in that other matter in the limited time available, J.C. Steele's counsel was forced to reschedule the deposition of Dr. Smith in this matter. Although J.C. Steele and KMI's counsel were available to take the deposition of Dr. Smith before the close of discovery, Dr. Smith was not available for those same dates for a full date deposition before the close of discovery. On June 24, 2025, KMI's counsel provided availability for Dr. Smith, who was available on August 15, 18, 19, and 26. J.C. Steele and KMI's counsel have agreed that J.C. Steele will take the deposition of Dr. Smith on August 15, 2025, his earliest available date. This stipulation could not be submitted 21 days before the close of discovery because J.C. Steele did not have Dr. Smith's availability until June 24, 2025 (less than 21 days before the close of discovery).

## IV. PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY

| Event | Previous deadline | New Deadline |
|---|---|---|
| Close of Discovery | July 11, 2025 | August 15, 2025—for the limited purpose of deposing Dr. Smith; all other discovery will be closed on July 11, 2025 |

This is the third request to extend any discovery deadlines in this action. No other deadlines will be affected by this requested extension. The parties submit this Stipulation and Order in good faith and not for purposes of delay or to prejudice any party.

/ / /

/ / /

/ / /

/ / /

4901-5880-7893.1

1  DATED this 14th day of July, 2025.

2  HANKS LAW GROUP                                    WOMBLE BOND DICKINSON (US) LLP

3   By: */s/ Karen L. Hanks*                          By: */s/ Lucy C. Crow*

4  Karen L. Hanks, Bar No. 9578                       Darren J. Lemieux, Bar No. 9615
   7625 Dean Martin Drive, Suite 110                  Lucy C. Crow, Bar No. 15203
5  Las Vegas, Nevada 89139                            Michael Montecalvo (Admitted *Pro Hac Vice*)
                                                      Aaron J. Horner (Admitted *Pro Hac Vice*)
6  Diana S. Cline, Esq., Bar No. 10580                3993 Howard Hughes Parkway, Suite 600
   7625 Dean Martin Drive, Ste 115                    Las Vegas, Nevada 89169
7  Las Vegas, Nevada, 89139
   702-721-9434                                       *Attorneys for Defendant J.C. Steele & Sons, Inc.*
8  diana@clinelegalnv.com

9  *Attorneys for KMI Zeolite, Inc.*

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  July 15, 2025

- 4 -

4901-5880-7893.1