**SAO**
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for KMI Zeolite, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KMI ZEOLITE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> J.C. STEELE & SONS, INC.; DOES I through X; ROE BUSINESS ENTITIES I through X, inclusive, <br><br> Defendants. | Case No. 2:24-cv-01215-RBF-EJY <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE** <br><br> **(First Request)** |

KMI Zeolite, Inc. and J.C. Steele & Sons, Inc., by and through their respective counsel of record, hereby stipulate and agree as follows:

1. JC Steele filed a motion to compel on July 11, 2025 (ECF 55.)

2. KMI's response is currently due July 25, 2025.

3. The parties hereby stipulate and agree KMI shall have until August 7, 2025 to file its response. KMI requests the extension because KMI was and is working three appellate briefs, was out of the office July 11 due to childcare, will be out of the office again on July 18 for personal reasons, and on July 25 has a settlement conference with this court.

/ / /

/ / /

/ / /

/ / /

- 1 -

1. 4. The extensions are not requested to delay this matter or prejudice any party.

| | |
|---|---|
| **WOMBLE BOND DICKINSON (US) LLP** | **HANKS LAW GROUP** |
| /s/ Darren J. Lemieux | /s/ Karen L. Hanks |
| DARREN J. LEMIEUX, ESQ.<br>Nevada Bar No. 9615<br>LUCY C. CROW, ESQ.<br>Nevada Bar No. 15203<br>MICHAEL MONTECALVO, ESQ.<br>Admitted *Pro Hac Vice*<br>AARON J. HORNER, ESQ.<br>Admitted *Pro Hac Vice*<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169 | KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for KMI Zeolite, Inc.* |
| *Attorneys for J.C. Steele & Sons, Inc.* | |

## ORDER

Based upon the stipulation of the parties, and good cause appearing:

**IT IS HEREBY ORDERED** KMI's response to motion to compel shall be due August 7, 2025.

_____
U.S. DISTRICT MAGISTRATE JUDGE

Date: July 15, 2025