**SAO**
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for KMI Zeolite, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KMI ZEOLITE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> J.C. STEELE & SONS, INC.; DOES I through X; ROE BUSINESS ENTITIES I through X, inclusive, <br><br> Defendants. | Case No. 2:24-cv-01215-RBF-EJY <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY** <br><br> **(First Request)** |

KMI Zeolite, Inc. and J.C. Steele & Sons, Inc., by and through their respective counsel of record, hereby stipulate and agree as follows:

1. KMI filed a motion to compel and for sanctions on June 24, 2025 (ECF 53.)

2. JC Steele filed its response on July 8, 2025 (ECF 54.)

3. KMI's reply is currently due July 15, 2025. The parties hereby stipulate and agree KMI shall have until July 22, 2025 to file its reply. KMI requests the extension because KMI was and is working on an appellate brief and was out of the office on Friday, July 11 to care for her kids while her husband had to travel out of town.

/ / /

/ / /

/ / /

/ / /

- 1 -

4. The extensions are not requested to delay this matter or prejudice any party.

| | |
|---|---|
| **WOMBLE BOND DICKINSON (US) LLP** | **HANKS LAW GROUP** |
| /s/ Darren J. Lemieux | /s/ Karen L. Hanks |
| DARREN J. LEMIEUX, ESQ. | KAREN L. HANKS, ESQ. |
| Nevada Bar No. 9615 | Nevada Bar No. 9578 |
| LUCY C. CROW, ESQ. | 7625 Dean Martin Drive, Suite 110 |
| Nevada Bar No. 15203 | Las Vegas, Nevada 89139 |
| MICHAEL MONTECALVO, ESQ. | |
| Admitted *Pro Hac Vice* | *Attorneys for KMI Zeolite, Inc.* |
| AARON J. HORNER, ESQ. | |
| Admitted *Pro Hac Vice* | |
| 3993 Howard Hughes Parkway, Suite 600 | |
| Las Vegas, Nevada 89169 | |

*Attorneys for J.C. Steele & Sons, Inc.*

## ORDER

Based upon the stipulation of the parties, and good cause appearing:

**IT IS HEREBY ORDERED** KMI's reply in support of motion to compel shall be due July 22, 2025.

_____
U.S. MAGISTRATE JUDGE

Date: July 15, 2025

- 2 -