**SAO**
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for KMI Zeolite, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KMI ZEOLITE, INC.,<br><br>                  Plaintiff,<br><br>vs.<br><br>J.C. STEELE & SONS, INC.; DOES I through X; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>                  Defendants. | Case No. 2:24-cv-01215-RBF-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE**<br><br>**(Second Request)** |

KMI Zeolite, Inc. and J.C. Steele & Sons, Inc., by and through their respective counsel of record, hereby stipulate and agree as follows:

1. JC Steele filed a motion to compel on July 11, 2025 (ECF 55.)

2. KMI's response is currently due August 7, 2025.

3. The parties hereby stipulate and agree KMI shall have until August 8, 2025 to file its response. KMI requests the extension because KMI's counsel was conducting a deposition in another matter that had to carry over to another day and the day that worked for all parties was Thursday, August 7, 2025. This cuts into KMI's counsel's ability to complete the response by the current deadline.

/ / /

/ / /

/ / /

- 1 -

4. The one (1) day extension is not requested to delay this matter or prejudice any party.

| | |
|---|---|
| **WOMBLE BOND DICKINSON (US) LLP** | **HANKS LAW GROUP** |
| /s/ Darren J. Lemieux | /s/ Karen L. Hanks |
| DARREN J. LEMIEUX, ESQ.<br>Nevada Bar No. 9615<br>LUCY C. CROW, ESQ.<br>Nevada Bar No. 15203<br>MICHAEL MONTECALVO, ESQ.<br>Admitted *Pro Hac Vice*<br>AARON J. HORNER, ESQ.<br>Admitted *Pro Hac Vice*<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br><br>*Attorneys for J.C. Steele & Sons, Inc.* | KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for KMI Zeolite, Inc.* |

## ORDER

Based upon the stipulation of the parties, and good cause appearing:

**IT IS HEREBY ORDERED** KMI's response to motion to compel shall be due August 8, 2025.

_____
U.S. MAGISTRATE JUDGE

Date: August 6, 2025