**SAO**
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
Hanks Law Group
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for KMI Zeolite, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KMI ZEOLITE, INC., | Case No.  2:24-cv-01215-RBF-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE AMENDED COMPLAINT** |
| J.C. STEELE & SONS, INC.; DOES I through X; ROE BUSINESS ENTITIES I through X, inclusive, | **(First Request)** |
| Defendants. | |

KMI Zeolite, Inc. and J.C. Steele & Sons, Inc., by and through their respective counsel of record, hereby stipulate and agree as follows:

1.    KMI's deadline to amend its complaint is currently set for April 20, 2026.

2.    Counsel for KMI has been diligently working on drafting the amendment, but on April 16, 2026, her father-in-law passed away. KMI asks for a short extension until April 24, 2026 to file its amended complaint.

///

- 1 -

3.      The parties hereby stipulate and agree that the deadline to file the amended complaint set for April 20, 2026 be extended to April 24, 2026.

Dated: April 16, 2026

**WOMBLE BOND DICKINSON (US) LLP**          **HANKS LAW GROUP**

/s/ Aaron J. Horner

DARREN J. LEMIEUX, ESQ.
Nevada Bar No. 9615
LUCY C. CROW, ESQ.
Nevada Bar No. 15203
MICHAEL MONTECALVO, ESQ.
Admitted *Pro Hac Vice*
AARON J. HORNER, ESQ.
Admitted *Pro Hac Vice*
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for J.C. Steele & Sons, Inc.*

/s/ Karen L. Hanks

KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for KMI Zeolite, Inc.*

**ORDER**

Based upon the stipulation of the parties, and good cause appearing:

**IT IS HEREBY ORDERED** that the deadline for KMI to file its amended complaint is extended to April 24, 2026.

U.S. MAGISTRATE JUDGE

Dated: this 16th day of April, 2026

- 2 -