**SAO**
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for KMI Zeolite, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KMI ZEOLITE, INC.,

Plaintiff,

vs.

J.C. STEELE & SONS, INC.; DOES I through X; ROE BUSINESS ENTITIES I through X, inclusive,

Defendants.

Case No. 2:24-cv-01215-RBF-EJY

**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE**

**(First Request)**

KMI Zeolite, Inc. and J.C. Steele & Sons, Inc., by and through their respective counsel of record, hereby stipulate and agree as follows:

1. KMI's deadline to respond to JC Steele's motion for sanctions [ECF 104] is currently October 22, 2026.

2. KMI's counsel requires a short extension due to her criminal calendar but also because some of her time was eaten up preparing the motion to seal and applying the necessary redactions to the motion for summary judgment.[1]

///

[1] The Court ordered Defendants to file a redacted version of the motion for summary judgment in connection with the motion to seal by October 21, 2026, and undersigned counsel reviewed the documents and applied the redactions.



HANKS LAW GROUP

3. The parties hereby stipulate and agree that KMI shall have until October 29, 2026 to file its response to the motion for sanctions.

Dated: October 21, 2026

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Aaron J. Horner*
DARREN J. LEMIEUX, ESQ.
Nevada Bar No. 9615
LUCY C. CROW, ESQ.
Nevada Bar No. 15203
MICHAEL MONTECALVO, ESQ.
Admitted *Pro Hac Vice*
AARON J. HORNER, ESQ.
Admitted *Pro Hac Vice*
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for J.C. Steele & Sons, Inc.*

**HANKS LAW GROUP**

*/s/ Karen L. Hanks*
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for KMI Zeolite, Inc.*

HANKS LAW GROUP

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: October 21, 2026