**SAO**
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for KMI Zeolite, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KMI ZEOLITE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>J.C. STEELE & SONS, INC.; DOES I through X; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01215-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE**<br><br>**(First Request)** |

KMI Zeolite, Inc. and J.C. Steele & Sons, Inc., by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On October 8, 2026, JC Steele filed a motion for summary judgment under seal, along with a motion to seal. As a result, the motion for summary judgment was not entered on the docket.

2. The Court denied the motion to seal without prejudice and ordered that a joint motion be filed and that Defendant file a redacted version of the motion for summary judgment on October 16, 2026.

3. KMI filed a motion to seal on October 16, 2026, but JC Steele did not wish to join. JC Steele did not file a redacted version of the motion for summary judgment on October 16, 2026, so the Court ordered that the redacted version be filed on October 21, 2026.

4. On October 21, 2026, JC Steele filed the redacted version of the motion for



HANKS LAW GROUP

summary judgment.

5. Based on this it is unclear when the deadline to file a response is, (JC Steele believes it is October 29; KMI believes it is November 11), but in either event the parties stipulate that KMI shall have until November 11, 2026 to file its response to the motion for summary judgment.

Dated: October 21, 2026

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Aaron J. Horner*
DARREN J. LEMIEUX, ESQ.
Nevada Bar No. 9615
LUCY C. CROW, ESQ.
Nevada Bar No. 15203
MICHAEL MONTECALVO, ESQ.
Admitted *Pro Hac Vice*
AARON J. HORNER, ESQ.
Admitted *Pro Hac Vice*
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for J.C. Steele & Sons, Inc.*

**HANKS LAW GROUP**

*/s/ Karen L. Hanks*
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for KMI Zeolite, Inc.*

HANKS LAW GROUP

IT IS SO ORDERED:

DATED: October 22, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**