**SAO**

KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for KMI Zeolite, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KMI ZEOLITE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>J.C. STEELE & SONS, INC.; DOES I through X; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01215-RBF-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE AND REPLY**<br><br>**(Second Request)** |

KMI Zeolite, Inc. and J.C. Steele & Sons, Inc., by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Currently pending before the Court is JC Steele's motion for summary judgment.
2. KMI's deadline to respond is November 11, 2026.
3. KMI's counsel was appointed a criminal matter that necessitated a speedy preliminary hearing, and as such KMI requests a two-day extension up and until February 13, 2026 in which to file its response.
4. JC Steele in turn requests a one-week extension to file its reply.
5. The parties stipulate that KMI shall have until November 13, 2026 to file its response to the motion for summary judgment and JC Steele shall have until December 4, 2026 to file its reply.

HANKS LAW GROUP

6. This stipulation is not entered into to delay or prejudice either party.

Dated: November 10, 2026

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Aaron J. Horner*
DARREN J. LEMIEUX, ESQ.
Nevada Bar No. 9615
LUCY C. CROW, ESQ.
Nevada Bar No. 15203
MICHAEL MONTECALVO, ESQ.
Admitted *Pro Hac Vice*
AARON J. HORNER, ESQ.
Admitted *Pro Hac Vice*
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for J.C. Steele & Sons, Inc.*

**HANKS LAW GROUP**

*/s/ Karen L. Hanks*
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for KMI Zeolite, Inc.*

HANKS LAW GROUP

IT IS SO ORDERED:

**DATED:** November 12, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**